UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| KENNETH JOHN BARBISAN, | ) Case No. 2:20-cv-03009-SP |
| Plaintiff, | ) ORDER AWARDING EQUAL |
| | ) ACCESS TO JUSTICE ACT |
| v. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| KILOLO KIJAKAZI, | ) AND COSTS PURSUANT TO 28 |
| Acting Commissioner of Social Security, | ) U.S.C. § 1920 |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,500.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: September 24, 2021   _____
HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE